United States District Court
Southern District of Texas
FILED

JUN 0 6 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KATHLEEN MORROW, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF HAL MORROW, DECEASED, PAMELA M. RENEAU, CRAIG RICHARD MORROW, AND SAMUEL B. MORROW, | § § § § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CIVIL NO.  B-05-209 |
| WYETH, AMGEN CORPORATION, IMMUNEX CORPORATION, HEATHER GREGORY, JILL M. HICKS, DENNIS R. KALK, BRUCE E. MITCHELL, ASHELEY O. OEFINGER, JANE FERNALD, BARBARA ST. GEORGE, JAMES A. EDMONDSON, PHILLIP T. PERRY, IRMA J. TENIENTE, RAFAEL SANCHEZ, REBECCA S. WILLIAMS, MARK RUFFO, DON LECOCKE, JANE MCGILVRAY, ALBERTO RODRIGUEZ, AND ANGELA M. JOHNSON, | § § § § § § § § § § § § § § § | JUDGE HILDA TAGLE<br><br>(Removed from 107th Judicial District of Texas, Cameron County, Cause No. 2003-05-2746-A) |
| DEFENDANTS. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action jointly stipulate that all claims, counterclaims, and/or defenses asserted in this proceeding are hereby withdrawn and dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

\\\DC - 58360/0185 - 2286437 v1

Respectfully submitted this ___ day of April, 2006.

By: _____
Antonio Martinez, Esq.
Martinez, Barrera y Martinez, L.L.P.
1201 East Van Buren Street
Brownsville, Texas  78520

By: _____
Eduardo Roberto Rodriguez, Esq.
Attorney-in-Charge
State Bar No. 17144000
Southern District Admissions No. 1944
Mitchell C. Chaney, Esq.
State Bar No. 04107500
Southern District Admissions No. 1918
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522
Telephone (956) 542-7441
Facsimile (956) 541-2170

Attorneys for Amgen Inc., Immunex
Corporation, and Wyeth


OF COUNSEL:
Mark D. Gately, Esq.
Hogan & Hartson L.L.P.
111 South Calvert Street
Baltimore, Maryland  21202
Telephone (410) 659-2700
Facsimile (410) 539-6981


Michael L. Kidney, Esq.
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004
Telephone (202) 637-5600
Facsimile (202) 637-5910

Attorneys for Amgen Inc. and Immunex
Corporation

\\\\DC - 58360/0185 - 2286437 v1

## CERTIFICATE OF SERVICE

I hereby certify that on ~~April 5~~ May, 2006 a copy of the foregoing was served via U.S. Mail to:

Antonio Martinez, Esq.
Martinez, Barrera y Martinez, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520

Attorneys for Plaintiffs

Mitchell C. Chaney, Esq.

\\\DC - 58360/0185 - 2286437 v1